ACCEPTED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 3:57:23 PM
CHRISTOPHER PRINE
CLERK

# SCHNEIDER & McKINNEY, P.C.

**ATTORNEYS AT LAW**
440 Louisiana, Suite 800
Houston, Texas 77002
(713) 951-9994
Telecopier: (713) 224-6008

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 3:57:23 PM
CHRISTOPHER A. PRINE
Clerk

Stanley G. Schneider ⊕ ♀
W. Troy McKinney ⊕ ‡ ♀
Thomas D. Moran

⊕ Board Certified Criminal Law- Texas Board of Legal Specialization
♀ Board Certified Criminal Appellate Law - Texas Board of Legal Specialization
‡ Board Certified DWI Defense - National College for DWI Defense

January 16, 2015

Christopher A. Prine
First Court of Appeals
301 Fannin
Houston, TX 77002

      RE:   State of Texas v. Hector Rodriguez
             Court of Appeals Numbers: 01-12-00970-CR
             Tr. Ct. No. 1726063

Dear Mr. Prine:

    I am in receipt of your letter dated January 12, 2015, the above-referenced cause for submission and oral argument on Tuesday, February 24, 2015 at 1:30 p.m.. Please be advised that I will present oral arguments in the above referenced cases.

    A copy of this notice is being sent to Melissa Parker Harven, Assistant District Attorney, via email through the electronic service system provided by eFile.TXCourts.gov.

                Sincerely,

                /s/ *W. Troy McKinney*

                W. Troy McKinney

WTM:nm